DENISE EATON MAY (SBN: 116780)
Attorney at Law
15250 Hesperian Blvd., Suite 200
San Leandro, CA 94578
Telephone:   (510) 888-1345
Facsimile:   (510) 888-1655

Attorney for Plaintiff
Vallie Towns

LOUIS A. LEONE, ESQ. (SBN: 099874)
JENNIFER LOGUE, ESQ. (SBN: 241910)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT
(also sued erroneously as EAST
OAKLAND SCHOOL OF ARTS),
MATIN ABDEL-QAWI, TONY SMITH,
and MATT DUFFY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLIE TOWNS,<br><br>           Plaintiff,<br><br>     vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, EAST OAKLAND SCHOOL OF ARTS, MATIN ABDEL-QAWI, TONY SMITH, MATT DUFFY and DOES 1 to 10,<br><br>           Defendant. | **Case No.:   C 11-03980 PJH**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FILE FIRST AMENDED COMPLAINT (FRCP 15(a)(2)) AND FOR REMAND OF ACTION TO STATE COURT** |

WHEREAS the above-captioned matter was removed from the Superior Court of the State of California, County of Alameda to the United States District Court for the

---

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RUEL OF CIVIL PROCEDURE 15(a)(2) AND FOR REMAND OF ACTION TO STATE COURT

Northern District of California, Oakland Division on August 15, 2011 based on federal question jurisdiction;

WHEREAS Plaintiff Vallie Towns has filed a motion for leave to file a First Amended Complaint which omits all federal claims against all defendants;

WHEREAS Plaintiff Vallie Towns also seeks remand of this action to state court if her request for leave to file the proposed amended complaint which omits all federal claims against all defendants is granted;

WHEREAS Defendants Oakland Unified School District (also sued erroneously as East Oakland School of Arts), Matin Abdel-Qawi, Tony Smith and Matt Duffy generally do not oppose plaintiff's request to file a first amended complaint or her request for remand but did ask plaintiff to agree to dismiss her current federal claims with prejudice to ensure that the current federal claims would not be reasserted at a later time thereby requiring the defense to remove the action to federal court again based on the same claims that supported the first removal;

WHEREAS plaintiff is not comfortable dismissing her current federal claims with prejudice at this time but represents that she has no intention of reasserting her current federal claims absent some new development or discovery which justifies and necessitates such action as she has no desire to litigate this case in federal court;

IT IS HEREBY STIPULATED and respectfully requested by all parties to this action that:

1.   Plaintiff Vallie Towns be permitted to file the proposed First Amended Complaint attached hereto as Exhibit "A";

2.   This case be remanded to the Superior Court of the State of California, County of Alameda upon the filing of plaintiff's First Amended Complaint; and that

///
///
///
///

---

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RUEL OF CIVIL PROCEDURE 15(a)(2) AND FOR REMAND OF ACTION TO STATE COURT

3.      Defendants be permitted to file their response to the First Amended Complaint in the Superior Court of the State of California, County of Alameda after remand is complete by the date set by the Superior Court judge assigned to the case.

Dated:  November 15, 2011          **DENISE EATON MAY, ATTORNEY AT LAW**

 /s/ Denise Eaton May
DENISE EATON MAY, ESQ
Attorney for Plaintiff VALLIE TOWNS

Dated:  November 15, 2011          **STUBBS & LEONE**

 /s/ Jennifer N. Logue
LOUIS A. LEONE, ESQ.
JENNIFER N. LOGUE, ESQ.
Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT
(also sued erroneously as EAST OAKLAND
SCHOOL OF ARTS), MATIN ABDEL-QAWI,
TONY SMITH and MATT DUFFY

Pursuant to the parties stipulation **IT IS ORDERED THAT:**

1.      Plaintiff shall file the First Amended Complaint attached hereto as Exhibit "A" no later than November 23, 2011;

2.      Plaintiff's request for remand is GRANTED;

3.      Plaintiff shall file simultaneously with the filing of her First Amended Complaint a Stipulation and Proposed Order of Remand that has been approved as to form by all parties; and

4.      The Initial Case Management Conference currently set for December 1, 2011 and all corresponding deadlines are VACATED.

Dated:  11/17/11                    _____
                                     District Judge Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RUEL OF CIVIL PROCEDURE 15(a)(2) AND FOR REMAND OF ACTION TO STATE COURT