DENISE EATON MAY (SBN: 116780)
Attorney at Law
15250 Hesperian Blvd., Suite 200
San Leandro, CA 94578
Telephone:   (510) 888-1345
Facsimile:   (510) 888-1655

Attorney for Plaintiff
Vallie Towns

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLIE TOWNS,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, EAST OAKLAND SCHOOL OF ARTS, MATIN ABDEL-QAWI, TONY SMITH, MATT DUFFY and DOES 1 to 10,<br><br>    Defendant. | Case No.:   C 11-03980 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF REMAND TO STATE COURT |

    WHEREAS Plaintiff Vallie Towns' has filed, by stipulation of the parties, a First Amended Complaint which omits all federal claims against all defendants;

    WHEREAS Defendants Oakland Unified School District (also sued erroneously as East Oakland School of Arts), Matin Abdel-Qawi, Tony Smith and Matt Duffy do not oppose plaintiff's request for remand of this action to state court in light of plaintiff's representation that she has no intention of reasserting the federal claims asserted in her original complaint absent some new development or discovery which justifies and necessitates such action as she has no desire to litigate this case in federal court;

    IT IS HEREBY STIPULATED and respectfully requested by all parties to this action that:

STIPULATION AND ORDER OF REMAND TO STATE COURT

1

1. This case be remanded to the Superior Court of the State of California, County of Alameda; and that

2. Defendants be permitted to file their response to the First Amended Complaint in the Superior Court of the State of California, County of Alameda after remand is complete by the date set by the Superior Court judge assigned to the case.

Dated: November 18, 2011     **DENISE EATON MAY, ATTORNEY AT LAW**

*Denise Eaton May*
DENISE EATON MAY, ESQ
Attorney for Plaintiff VALLIE TOWNS

Dated: November 17, 2011     **STUBBS & LEONE**

LOUIS A. LEONE, ESQ.
JENNIFER N. LOGUE, ESQ.
Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT
(also sued erroneously as EAST OAKLAND SCHOOL OF ARTS), MATIN ABDEL-QAWI, TONY SMITH and MATT DUFFY

Pursuant to the parties stipulation **IT IS ORDERED THAT:**

1. This case is hereby **REMANDED** to the **Superior Court of the State of California, County of Alameda**; and

2. Any response to Plaintiff's First Amended Complaint by Defendants shall be filed in state court pursuant to order of the Superior Court.

Dated: 11/21/11

District Judge Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

STIPULATION AND ORDER OF REMAND TO STATE COURT